

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTIONS

Cause numbers:      01-17-00746-CR, 01-17-00747-CR, & 01-17-00748-CR,

Style:      Charles Ervin Nelson v. The State of Texas; William Frank Bane v. The State of Texas; Joseph Savoie v. The State of Texas

Date motions filed*:      October 20, 2017

Type of motions:      First Motion for Extension of Time to File Opening Brief; Letter Requesting a Copy of Records

Party filing motions:      Pro Se Appellants Charles Ervin Nelson, William Frank Bane, & Joseph Savoie

Document to be filed:      Appellants' briefs

Are appeals accelerated?      No.

If motions to extend time:

     Original due date:      November 8, 2017

     Number of extensions granted:      0      Current Due Date: November 8, 2017

     Date Requested:      December 9, 2017

Ordered that motions are:

     ☑ Granted

         If document is to be filed, document due: December 11, 2017.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: Appellants' first motions for extensions of time to file their briefs by December 11, 2017, is **granted**. With respect to their letters requesting a copy of the records, the Clerk of this Court is sending a copy of them on a CD to appellants by certified mail, tracking numbers 7000 1530 0003 7020 3225, and 7000 1530 0003 7020 3232, and 7000 1530 0003 7020 3249.

Judge's signature: /s/ Evelyn V. Keyes

         ☑ Acting individually      ☐ Acting for the Court

Date: October 31, 2017